ELIZABETH KING, Appellant, *v.* JAMES O'BRIEN, Sheriff, etc., Respondent.

(Argued January 9, 1874; decided May term, 1874.)

*Samuel Hand* for the appellant.

*A. J. Vanderpoel* for the respondent.

Agree to dismiss appeal; no opinion.
All concur.